Of Counsel:
LEVIN EDUCATION ACCESS PROJECT

SUSAN K. DORSEY          7431-0
Levin Education Access Project
851 Fort Street
Honolulu, Hawaii  96813
Telephone:  (808) 779-7104
Facsimile:   (808) 237-5347
E-mail:       sdorsey@leaphawaii.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter Of<br><br>RIA L., by and through her Mother, RITA L.,<br><br>                Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>                Defendant. | CIVIL NO. 16-00435 DKW-RLP<br>(Other Civil Action)<br><br>STIPULATION TO DISMISS AND ORDER |

STIPULATION TO DISMISS AND ORDER

       Pursuant to Rule 41(a), Fed. R. Civ. Pro., the parties, through their

undersigned attorneys, hereby stipulate to dismiss this action in its entirety, with

prejudice, pursuant to the settlement agreement reached in this case. There are

no remaining parties and/or issues.


        DATED:  Honolulu, Hawaii, June 30, 2017.


 /S/ Gary S. Suganuma                        /S/ Susan K. Dorsey
GARY S. SUGANUMA                        SUSAN K. DORSEY

Attorney for Defendant                         Attorney for Plaintiffs
Department of Education, State of Hawaii



APPROVED AND SO ORDERED:

        DATED:  January 5, 2018, Honolulu, Hawaiʻi.


Derrick K. Watson
United States District Judge


_____
*RIA L., BY AND THROUGH HER MOTHER RITA L.. DEPARTMENT OF*
*EDUCATION STATE OF HAWAII*, **1:16 cv 00435 DKW-RLP;**
**STIPULATION TO DISMISS AND ORDER**